**DISMISS and Opinion Filed December 28, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00642-CV**

**IN RE SRPF B/QUADRANGLE PROPERTY, LLC, Relator**

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-02012-E**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Smith
Opinion by Justice Smith

We reinstate this original proceeding. Relator's July 26, 2021 petition for writ of mandamus challenges the trial court's order setting supersedeas bond. In their December 21, 2021 agreed motion to dismiss with prejudice, the parties advise us that this original proceeding has been rendered moot by their settlement of the underlying case. Accordingly, we grant the motion and dismiss the petition.

/Craig Smith/
CRAIG SMITH
JUSTICE

210642F.P05